UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

          v.                  Case No.  08-cr-119-02-SM

<u>Carlos Marsach</u>

<u>O R D E R</u>

Defendant Marsach's assented motion to continue the trial is granted (document 14).   Trial has been rescheduled for the January 2009 trial period. Defendant Marsach shall file a waiver of speedy trial rights not later than November 6, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   January 14, 2009 at 2:30 p.m.

**Jury Selection**: January 21, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 24, 2008

cc: David I. Bailinson , Esq.
Charles J. Keefe, Esq.
Terry Ollila, AUSA
US Probation
US Marshal