UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                      Case No. 08-cr-119-02-SM

<u>Carlos Marsach</u>

<u>O R D E R</u>

     Defendant's assented-to motion to continue the trial for 90 days (document no.22) is granted, in part. The trial will be continued for approximately 60 days to the May 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 20, 2009. On the filing of such waiver, his continuance shall be effective.

     The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:     May 12, 2009 at 4:45 PM

Jury Selection:                May 19, 2009 at 9:30 AM

SO ORDERED.

March 10, 2009                 _____
                               Steven J. McAuliffe
                               Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal