UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                        Case No. 08-cr-119-02-SM

Carlos Marsach

O R D E R

Defendant's motion to continue the trial for thirty days (document no. 32) is granted. Trial has been rescheduled for the October trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than September 11, 2009. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

| | |
|---|---|
| Change of Plea: | September 29, 2009 at 9:30 PM |
| or: | |
| Final Pretrial Conference: | October 14, 2009 at 3:30 PM |
| Jury Selection: | October 20, 2009 at 9:30 AM |

SO ORDERED.

August 28, 2009

_____
Steven J. McAuliffe
Chief Judge

cc: Counsel of Record
    U. S. Probation
    U. S. Marshal